UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE LOREN and DANIELLE
HAGEMANN, individually and on behalf
Of all others similarly situated,

    Plaintiffs,                                  Case No. 05-74908
                                                          Hon. Patrick Duggan
    v.                                           Mag. Judge Paul Komives

BLUE CROSS BLUE SHIELD OF MICHIGAN,
And BLUE CARE NETWORK,

    Defendants
_____/

## STIPULATED ORDER GRANTING PARTIES' MOTION FOR STAY OF PROCEEDINGS

On June 20, 2008, the parties jointly filed a motion to stay all proceedings in this action pending a decision by the United States Court of Appeals for the Sixth Circuit in *DeLuca v. Blue Cross Blue Shield of Michigan*, No. 08-1085 (6th Cir. appeal docketed Jan. 17, 2008). Given the substantial similarity between the instant case and *DeLuca*, accordingly,

    IT IS ORDERED, that the parties' joint motion to stay is GRANTED.


Dated: June 20, 2008

                                                                   s/Patrick J. Duggan
                                                                   United States District Judge

Stipulated to:

                                                                   DICKINSON WRIGHT PLLC

                                                                  /s  K. Scott Hamilton
By: /s Stephen F. Wasinger (with consent)    K. Scott Hamilton (P44095)
Stephen F. Wasinger (P25963)                   Robert Hurlbert (P15292)

300 Balmoral Circle
32121 Woodward Avenue
Royal Oak, MI 48073
Telephone (248) 554-6306
E-Mail: sfw@sfwlaw.com

EGGERTSEN & ASSOCIATES

By: /s John Eggertsen (with consent)
John Eggertsen (P25659)
Eggertsen & Associates
6270 Munger Road
Pittsfield Township, MI 48197
Telephone: (734) 961-3297
E-Mail: john@jhelaw.com

Attorneys for Plaintiffs

DICKINSON WRIGHT, PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
Telephone: (313) 223-3500
Facsimile: (313)223-3598
E-Mail: khamilton@dickinsonwright.com
and rhurlbert@dickinsonwright.com

Leo A. Nouhan (P30763)
General Counsel
Blue Cross and Blue Shield of Michigan
600 Lafayette East, Suite 1925
Detroit, MI 48226
Telephone: (313) 983-2554
Facsimile: (313) 983-2470
E-Mail: lnouhan@bcbsm.com

Evan Miller
Miguel Eaton
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 628-1700
E-Mail: emiller@jonesday.com
      spikofsky@jonesday.com
Attorneys for Defendant Blue Cross and Blue Shield of Michigan