UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 05-74908

EUGENE LOREN, ET.AL,

    Plaintiff(s),

-v-

BLUE CROSS AND BLUE SHIELD OF MICHIGAN,

    Defendant.
_____/

## REQUEST FOR STATUS

    The Court's records reflect that pursuant to an Order entered on June 20, 2008, the above-entitled case has been stayed.

    The Court requests that counsel for plaintiff provide the status of the above-entitled case, in writing, within 15 days, or otherwise show cause why this action should not be dismissed for lack of progress pursuant to Local Rule 41.

Dated: March 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2011, by electronic and/or ordinary mail.

                            s/Marilyn Orem
                            Case Manager