UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUGENE LOREN and DANIELLE
HAGEMANN, individually and on behalf
Of all others similarly situated,

    Plaintiffs,       Case No. 05-74908
                            Hon. Patrick Duggan
v.       Mag. Judge Paul Komives

BLUE CROSS BLUE SHIELD OF MICHIGAN,
And BLUE CARE NETWORK,

    Defendants
_____/

## STIPULATED ORDER TO DISMISS
## WITH PREJUDICE AND WITHOUT COSTS OR FEES

On March 28, 2011, the Court issued an Order for Plaintiffs to provide a status update regarding this action or to show cause as to why the action should not be dismissed for lack of progress pursuant to Fed. R. Civ. P. 41. (DE #69.) On April 12, 2011, Plaintiffs responded and notified the Court that they are willing to dismiss the Complaint with prejudice. (DE #70.)

The parties have stipulated and agreed to dismiss this case with prejudice. The parties also agree that neither side will seek fees or costs associated with this action from the other side.

In light of the parties stipulation, it is hereby ORDERED that, pursuant to Rule 41(a)(1)(A)(ii), this action is dismissed WITH PREJUDICE, with neither side to pay costs or fees associated with this action to other party.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

    Dated: May 3, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, May 03, 2011, by electronic and or ordinary mail.
s/Marilyn Orem
Case Manager

    SO STIPULATED:

/S/ Stephen Wasinger<br>
Stephen Wasinger<br>
202 Beacon Centre<br>
26862 Woodward Avenue<br>
Royal Oak, MI 48067<br>
248-554-7097<br>
Email:  sfw@sfwlaw.com

*Attorney for Plaintiffs*

/s/ K. Scott Hamilton (with consent)<br>
K. Scott  Hamilton (P44095)<br>
Robert Hurlbert (P15292)<br>
DICKINSON WRIGHT, PLLC<br>
500 Woodward Avenue, Suite 4000<br>
Detroit, MI 48226<br>
Telephone: (313) 223-3500<br>
Facsimile: (313) 223-3598<br>
E-Mail:  khamilton@dickinsonwright.com<br>
and rhurlbert@dickinsonwright.com

Leo A. Nouhan (P30763)<br>
General Counsel<br>
Blue Cross and Blue Shield of Michigan<br>
600 Lafayette East, Suite 1925<br>
Detroit, MI 48226<br>
Telephone: (313) 983-2554<br>
Facsimile: (313) 983-2470<br>
E-Mail:  lnouhan@bcbsm.com

Evan Miller<br>
JONES DAY<br>
51 Louisiana Avenue, N.W.<br>
Washington, D.C. 20001-2113<br>
Telephone: (202) 879-3939<br>
Facsimile: (202) 626-1700<br>
E-Mail:  emiller@jonesday.com

*Attorneys for Defendant Blue Cross and Blue Shield of Michigan*